IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 14-1022

---

Erika M. Langenbach,

Plaintiff-Appellant,

v.

Wal-Mart Stores, Inc.,

Defendant-Appellee.

---

**APPELLANT'S DOCKETING STATEMENT**

---

Plaintiff-Appellant Erika M. Langenbach ("Appellant") files this Docketing Statement pursuant to Circuit Rule 3(c) of the Circuit Rules of the United States Court of Appeals for the Seventh Circuit.

**I.    JURISDICTIONAL STATEMENT.**

**A. Basis for the District Court's Subject Matter Jurisdiction.**

The United States District Court for the Eastern District of Wisconsin had original jurisdiction to hear the complaint and adjudicate the claims pursuant to 28 U.S.C. § 1331, 42 U.S.C. § 2000e-5(f)(3) and 29 U.S.C. § 2617(a)(2) because this action arose under the Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. §§ 2000 et seq., and the Family and Medical Leave Act

("FMLA"), 29 U.S.C. §§ 2601, et seq. Venue was proper in the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1391(b) because the events or omissions giving rise to the claims occurred in the Eastern District of Wisconsin.

### B. Basis for the Court of Appeals' Jurisdiction.

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the Parties consented in writing to have Magistrate Judge Nancy Joseph conduct all proceedings in this case, including the entry of final judgment. Appellant consented in writing on October 30, 2012 and Appellee subsequently consented in writing on November 9, 2012. The Seventh Circuit Court of Appeals has jurisdiction over this appeal of the United States District Court for the Eastern District of Wisconsin's final decision and order dismissing Appellant's claims pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 1294(1).

### C. Dates Establishing the Timeliness of the Appeal.

On December 23, 2013, the United States District Court for the Eastern District of Wisconsin entered an Order granting Appellee's motion for summary judgment and entered a final Judgment pursuant to Fed. R. Civ. P. 58, dismissing all of the claims in this case. On January 6, 2014, Appellant timely filed her Notice of Appeal pursuant to Fed. R. App. P. 4(a).

### D. Assertion that Appeal Is from Final Order or Judgment

This Appeal is from a final Judgment pursuant to Fed. R. Civ. P. 58, which disposes of all parties' claims in this case.

## II.    STATEMENTS REQUIRED BY CIRCUIT RULE 3(c).

### A. Prior or Related Appellate Proceedings.

There are no prior or related appellate proceedings in this case or earlier appellate proceedings that are sufficiently related to this appeal.

### B. Prior Litigation in the District Court.

There is no criminal conviction involved in this case, nor has the district court designated any prior litigation as satisfying the criteria of 28 U.S.C. § 1915(g).

### C. Parties Appearing in an Official Capacity.

No parties are appearing in an official capacity in this case.

### D. Collateral Attack on a Criminal Conviction.

This case does not involve a collateral attack on a criminal conviction.

Dated: January 13, 2014          Respectfully submitted by:

NICHOLS KASTER, PLLP

<u>s/James H. Kaster</u>
James H. Kaster, WI Bar # 1001474
Kate A. Fisher, MN Bar #0392180
    (Admitted in E.D. Wisconsin)
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Office:  (612) 256-3200
Fax:  (612) 338-4978
E-mail: kaster@nka.com; kfisher@nka.com


KASTER LAW
Lucas J. Kaster (WI #1085284)
735 West Wisconsin Avenue
12th Floor
Milwaukee, Wisconsin  53233
Telephone: (414) 326-3279
E-mail: lkaster@kaster-law.com


ATTORNEYS FOR APPELLANT

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I caused the following document:

1. Appellant's Docketing Statement.

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Erik K. Eisenmann – eeisenmann@whdlaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

Dated:     January 13, 2014          Respectfully submitted by:

NICHOLS KASTER, PLLP

s/James H. Kaster
James H. Kaster, WI Bar # 1001474
Kate A. Fisher, MN Bar #0392180
    (Admitted in E.D. Wisconsin)
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Office:  (612) 256-3200
Fax:  (612) 338-4978
E-mail: kaster@nka.com; kfisher@nka.com

1

KASTER LAW

Lucas J. Kaster (WI #1085284)
735 West Wisconsin Avenue
12th Floor
Milwaukee, Wisconsin 53233
Telephone: (414) 326-3279
E-mail: lkaster@kaster-law.com

ATTORNEYS FOR APPELLANT